184 So. 914

**J. C. HALE (alias Hales) v. STATE.**

4 Div. 456.

Court of Appeals of Alabama.

Nov. 1, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

189 So. 920

**L. J. HAMES v. CITY OF BIRMINGHAM.**

6 Div. 445.

Court of Appeals of Alabama.

May 9, 1939.

BRICKEN, Presiding Judge.

Affirmed.

189 So. 920

**Leamon J. HAMES v. CITY OF BIRMING-HAM.**

6 Div. 448.

Court of Appeals of Alabama.

May 2, 1939.

BRICKEN, Presiding Judge.

Affirmed.

177 So. 921

**Joseph HAMILTON v. STATE.**

6 Div. 222.

Court of Appeals of Alabama.

Dec. 7, 1937.

BRICKEN, Presiding Judge.

Affirmed.

189 So. 920

**Euble HAMRICK v. STATE.**

6 Div. 368.

Court of Appeals of Alabama.

May 9, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

180 So. 898

**J. Alvin HANSON v. Bud DAVENPORT.**

8 Div. 624.

Court of Appeals of Alabama.

March 29, 1938.

Wm. C. Rayburn, of Guntersville, for appellant.

D. Isbell, of Guntersville, for appellee.

RICE, Judge.

Appeal dismissed by appellant.